```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
    CIVIL DOCKET ENTRIES FOR CASE A93-0078--CV (HRH)
         "EXXON CORP ET AL V U.S. DEPT OF INTERIOR ET A"

       Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
            Filed: 02/25/93
           Closed: 10/25/96

     Jurisdiction: (2) U.S. Defendant
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (890) Other Statutory Actions
                  AGENCY APPEAL (5:301 & 701-06)
           Origin: (1) Original Proceeding
           Demand:
       Filing fee: In Forma Pauperis
         Trial by:
```

Parties of Record:                                  Counsel of Record:

PLF 1.1            EXXON CORP                       John F. Clough III
                                                    Clough & Associates
                                                    POB 211187
                                                    Auke Bay, AK 99821
                                                    907-790-1912
                                                    FAX 907-790-1913

PLF 2.1            EXXON SHIPPING CO                Douglas J. Serdahely
                                                    Patton Boggs LLP
                                                    601 W. 5th Avenue, Suite 700
                                                    Anchorage, AK 99501
                                                    907-263-6300
                                                    FAX 907-263-6345

PLF 3.1            ALYESKA PIPELINE SERVICE CO      Charles P. Flynn
                                                    Burr Pease et al
                                                    810 N Street
                                                    Anchorage, AK 99501
                                                    907-276-6100
                                                    FAX 907-258-2530

DEF 1.1            U.S. DEPT OF INTERIOR            Dean Dunsmore
                                                    Environment & Natural Resources
                                                    U.S. Department of Justice
                                                    801 B Street, Suite 504
                                                    Anchorage, AK 99501-3657
                                                    907-271-5452
                                                    FAX 907-271-5827

DEF 2.1            U.S. DEPT OF AGRICULTURE         Dean Dunsmore
                                                    (see above)

```
┌─────────────────────────────────────────────────────────────────────────┐
│              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA    │
│              CIVIL DOCKET PARTY INFORMATION FOR CASE A93-0078--CV (HRH) │
│                  "EXXON CORP ET AL V U.S. DEPT OF INTERIOR ET A"        │
├─────────────────────────────────────────────────────────────────────────┤
│                 Including terminated parties, excluding terminated counsel │
└─────────────────────────────────────────────────────────────────────────┘
```

| Parties of Record: | | | Counsel of Record: |
|---|---|---|---|
| DEF 3.1 | | U.S. DEPT OF HEALTH & HUMAN SERVICES | Dean Dunsmore (see above) |
| DEF 4.1 | | U.S. DEPT OF COMMERCE | Dean Dunsmore (see above) |
| DEF 5.1 | | U.S. FISH & WILDLIFE SERVICE | Dean Dunsmore (see above) |
| DEF 6.1 | | MINERALS MANAGEMENT SERVICE | Dean Dunsmore (see above) |
| DEF 7.1 | | BUREAU OF LAND MANAGEMENT | Dean Dunsmore (see above) |
| DEF 8.1 | | U.S. FOREST SERVICE | Dean Dunsmore (see above) |
| DEF 9.1 | | ALASKA NATIVE MEDICAL CENTER | Dean Dunsmore (see above) |
| DEF 10.1 | | PUBLIC HEALTH SERVICE | Dean Dunsmore (see above) |
| DEF 11.1 | | NATIONAL OCEANIC & ATMOSPHERIC ADMIN | Dean Dunsmore (see above) |
| DEF 12.1 | | ENVIRONMENTAL PROTECTION AGENCY | Dean Dunsmore (see above) |
| DEF 13.1 | | NATIONAL MARINE FISHERIES SERVICES | Dean Dunsmore (see above) |
| DEF 14.1 | [T] | OAKLEY, KAREN | No counsel found for this party! |
| DEF 15.1 | [T] | POSPAHALA, RICHARD | No counsel found for this party! |
| DEF 16.1 | | CALLAWAY, DON | Dean Dunsmore (see above) |
| DEF 17.1 | | SPANG, ED | Dean Dunsmore (see above) |
| DEF 18.1 | | KUHN, ROD | Dean Dunsmore (see above) |
| DEF 19.1 | | NIGHSWANDER, THOMAS | Dean Dunsmore (see above) |
| DEF 20.1 | | KEELER, LEO | Dean Dunsmore (see above) |

```
┌─────────────────────────────────────────────────────────────────────────┐
│         UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA         │
│         CIVIL DOCKET PARTY INFORMATION FOR CASE A93-0078--CV (HRH)      │
│              "EXXON CORP ET AL V U.S. DEPT OF INTERIOR ET A"            │
├─────────────────────────────────────────────────────────────────────────┤
│              Including terminated parties, excluding terminated counsel │
└─────────────────────────────────────────────────────────────────────────┘
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| DEF 21.1 | KENNEDY, DAVID | Dean Dunsmore (see above) |
| DEF 22.1 | LAUTENBERGER, CARL | Dean Dunsmore (see above) |
| DEF 23.1 | PENNOYER, STEVEN | Dean Dunsmore (see above) |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A93-0078--CV (HRH)
"EXXON CORP ET AL V U.S. DEPT OF INTERIOR ET A"

For all filing dates

```
   Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 02/25/93
            Closed: 10/25/96

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (890) Other Statutory Actions
                   AGENCY APPEAL (5:301 & 701-06)
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: In Forma Pauperis
          Trial by:
```

| Document # | Filed | Docket text |
|---|---|---|
| 46 - 1 | 01/05/95 | Cert cy Mandate from 9CCA; USDC REVERSED and cause REMANDED. cy cnsl, Judge Holland. 9CCA #94-35140. (2 volume record returned to USDC) |
| 47 - 1 | 01/11/95 | HRH Minute Order re ptys to advise court by 2-10-95 what action should be taken to effect 9CCA mandate. cy cnsl |
| 48 - 1 | 02/10/95 | PLF 1-2 Response to 1-1-95 Minute Order re effect to be given 9CCA mandate |
| 49 - 1 | 02/10/95 | DEF 1-13; 16-23 motion to stay proceedings or for enlargement of time to respond to 1-11-95 Minute Order re 9CCA mandate w/att brief in support. |
| 50 - 1 | 02/27/95 | PLF 1-2 opposition to DEF 1-13; 16-23 motion to stay proceedings or for enlargement of time to respond to 1-11-95 Minute Order re 9CCA mandate w/att brief in support. (49-1) |
| 51 - 1 | 02/28/95 | PLF 1-2 corrected opposition to DEF 1-13; 16-23 motion to stay proceedings or for enlargement of time to respond to 1-11-95 Minute Order re 9CCA mandate w/att brief in support. (49-1) |
| 52 - 1 | 03/09/95 | DEF 1-13; 16-23 Notice of change of address. |
| 53 - 1 | 03/09/95 | DEF 1-13; 16-23 Notice of decision of the Solicitor General. |
| 54 - 1 | 03/15/95 | HRH Minute Order terminating in light of this order: motion to stay proceedings or for enlargement of time (49-1); defts to advise court w/i 10 days what action should be taken to effect mandate. cy cnsl |
| 55 - 1 | 03/29/95 | DEF 1-13; 16-23, pursuant to 1-11-95 & 3-5-95 orders, report re: appropriate proceedings following 9CCA decision w/att exhs. |
| 56 - 1 | 04/13/95 | HRH Order re objections or further suggestions as to this case status order are due 4-27-95. cy cnsl, D. Ruskin |
| 57 - 1 | 04/27/95 | DEF 1-13; 16-23 objections to 4-13-95 case status order. |
| 58 - 1 | 04/27/95 | PLF 1-2 response to 4-13-95 case status order. |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A93-0078--CV (HRH)
                    "EXXON CORP ET AL V U.S. DEPT OF INTERIOR ET A"

                                  For all filing dates
```

```
Document #    Filed      Docket text

    59 -  1   05/04/95   HRH Order re Exxon discovery from federal employees; proceedings in
                         A93-0078CV are stayed; discovery will proceed in A89-0095CV pursuant to
                         Discovery Plan; as soon as practicable Exxon to file notice informing
                         court and Dept of Interior cnsl of names of federal employees Exxon
                         wishes to depose; w/i 21 days of notice federal employees or agencies
                         shall informally advise Exxon of any objections to depos; cnsl to confer
                         in an effort to resolve disagreements; w/i additional 21 days
                         disagreements which are not resolved shall be subject of motion to quash
                         or for protective order to be resolved by Discovery Master. cy cnsl, D.
                         Ruskin

    60 -  1   10/24/96   PLF 1-2 Stipulation for dismissal; each party to bear own costs and
                         fees.

    60 -  2   10/25/96   HRH Order granting stipulation for dismissal; each party to bear own
                         costs & fees. cy cnsl
```